AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Oregon

| | |
|---|---|
| United States of America<br>v.<br>Sanwarren Celinto Carter<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>Case No. 3:26-mj-00149 |

## ARREST WARRANT

To:    Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Sanwarren Celinto Carter                                              ,
who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment    ❑ Superseding Indictment    ❑ Information    ❑ Superseding Information    ☑ Complaint
❑ Probation Violation Petition    ❑ Supervised Release Violation Petition    ❑ Violation Notice    ❑ Order of the Court

This offense is briefly described as follows:

Possession with Intent to Distribute Methamphetamine (50 grams or more), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(B)(viii);
Possession with Intent to Distribute MDMA, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C);
Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1)(A)

Date:    06/04/2026

*Issuing officer's signature*

City and state:    Portland, Oregon

Hon. Stacie F. Beckerman, U.S. Magistrate Judge
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* 06/04/2026, and the person was arrested on *(date)* 06/05/2026<br>at *(city and state)* Portland, OR . <br><br>Date:    06/05/2026<br><br>*Arresting officer's signature*<br><br>Max Purvin S.A<br>*Printed name and title* |